ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 102720), and
PETER A. HUTCHINSON (SBN 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (2l3) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; peterh@rac-law.com

Attorneys for Plaintiff

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORWARD SERVICES INC., a Minnesota corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>          Defendants.<br>_____ | CASE NO. SACV09-0754 AG (MLGx)<br><br>JUDGMENT BY DEFAULT FOR MONETARY DAMAGES<br><br>[F.R.C.P. 55(b)(2)]<br><br>DATE:    December 7, 2009<br>TIME:    10:00 am<br>JUDGE:   Andrew J. Guilford<br>CRTM:    10D<br>PLACE:   411 West Fourth St.<br>         Room 1053<br>         Santa Ana, CA 92701<br><br>NO PRETRIAL OR TRIAL DATE SET |

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company (hereinafter "CLTF" where not referred to by its full above-captioned name) has dismissed its second claim for relief (against defendant Forward Services, Inc. for injunctive relief) and third claim for relief (against defendant American Contractors Indemnity Company).  CLTF's remaining claim for relief is for monetary damages against defendant Forward Services, Inc. (hereinafter

1 "FORWARD SERVICES" where not referred to by its full above-captioned name).

2 FORWARD SERVICES was regularly served with process in this action and default was entered against it on September 18, 2009.  FORWARD SERVICES is not an infant or incompetent person.  The Soldiers and Sailor's Relief Act of 1940, which is now known as the Servicemembers Civil Relief Act of 2003, is not applicable to FORWARD SERVICES.

CLTF has filed a motion for default judgment for monetary damages against FORWARD SERVICES.  Based upon CLTF's motion, the declarations submitted in support thereof, and all other records and documents on file:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    Judgment is entered in favor of the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance and Laborers Contract Administration Trust Fund for Southern California (collectively hereinafter "Trust Funds"), and against defendant Forward Services, Inc., a Minnesota corporation, in the principal sum of $102,541.26 (consisting of $43,583.19 in unpaid fringe benefit contributions, $5,936.66 in interest, $53,475.85 in liquidated damages and $720.00 in audit fees, minus a credit of $1,174.44), $5,650.83 in attorneys fees and $406.50 in costs, **FOR A TOTAL JUDGMENT OF $108,598.59.**

2.    The monetary judgment issued hereby is for known delinquencies to the

Trust Funds incurred by FORWARD SERVICES during the period March 2007 through September 2008 only.  This judgment shall not, and does not, have res judicata effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any constituent Trust Fund (including CLTF on behalf of the Trust Funds or any constituent Trust Fund) to determine and collect any additional amount due, or that comes due, by FORWARD SERVICES for any month after September 2008.

Dated: December 7, 2009

_____
ANDREW J. GUILFORD, Judge of the
United States District Court For the Central
District of California

Submitted By:

REICH, ADELL & CVITAN
A Professional Law Corporation

By:_____/S/_____
    PETER A. HUTCHINSON
    Attorneys for Plaintiff

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California  90010-2421.

     On **December 7, 2009**, I served the foregoing document described as **[PROPOSED] JUDGMENT BY DEFAULT FOR MONETARY DAMAGES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Forward Services, Inc.
28322 Paseo Establo
San Juan Capistrano, CA 92675

☒   (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on **December 7, 2009**, at Los Angeles, California.

/S/
_____
Sharon Butow